An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ALBERT ALFARO A/K/A ALBERTO
ALFAROIZA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65919

FILED

DEC 1 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of possession of a controlled substance. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Appellant Albert Alfaro contends that the district court erred and/or abused its discretion by denying his motion to suppress evidence seized during a protective pat-down search. Alfaro claims that the officer who detained and searched him after a traffic stop "had no articulable facts upon which to make a determination that he was not safe." *See Somee v. State*, 124 Nev. 434, 442, 187 P.3d 152, 158 (2008) (holding that "reasonable belief" to support a limited pat-down search "must be based on specific articulable facts that warrant the search and seizure"); *see also* NRS 171.1232(1). We disagree with Alfaro's contention.

We review the district court's factual findings regarding suppression issues for clear error and the legal consequences of those findings de novo. *See Lamb v. State*, 127 Nev. ___, ___, 251 P.3d 700, 703 (2011). Here, the district court conducted a hearing and determined that (1) Alfaro was "legally detained" after driving his motorcycle without activated taillights, *see* NRS 171.123(1); *see also Cortes v. State*, 127 Nev.

14-40389

___, ___, 260 P.3d 184, 188 (2011); (2) Alfaro's "gang-related tattoos and visible weapon supported the police officer's reasonable belief that [he] could be armed and pose a risk to officer safety," *see Terry v. Ohio*, 392 U.S. 1, 27 (1968); *Somee*, 124 Nev. at 442, 187 P.3d at 158; *see also Cortes*, 127 Nev. at ___, 260 P.3d at 189 (holding that "the presence of a knife in plain view in a lawfully stopped car contributes to reasonable suspicion that other weapons may be present, making the person armed and dangerous even if the knife is moved out of reach"); and (3) the "protective pat-down to check for additional weapons was reasonable and justified under the factual circumstances surrounding [Alfaro's] stop," *see* NRS 171.1232(1). We agree and conclude that the district court did not err by denying Alfaro's motion to suppress. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

cc:   Hon. Valerie Adair, District Judge
      Michael H. Schwarz
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk